# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 2025-1588

**Short Case Caption:** GoTV Streaming, LLC v. Netflix, Inc.

**Filing Party/Entity:** Netflix, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| USPTO, P.T.A.B. | IPR2023-00757 | Patent |

**Relief sought on appeal:** ☐ None/Not Applicable

Affirmance of Board's Final Written Decisions determining that claims 1, 2, 4-10, and 12-16 of U.S. Patent No. 8,989,715 are unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

The Board determined that claims 1, 2, 4-10, and 12-16 of U.S. Patent No. 8,989,715 are unpatentable.

**Briefly describe the judgment/order appealed from:**

In a Final Written Decision, the Board determined that claims 1, 2, 4-10, and 12-16 of U.S. Patent No. 8,989,715 are unpatentable.

**Nature of judgment (select one):**     **Date of judgment:** 11/5/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued.  ☐ None/Not Applicable

> GoTV Streaming, LLC v. Netflix, Inc., Nos., 2024-1669, -1744 (Fed. Cir.)
> GoTV Streaming, LLC v. Netflix, Inc., No. 2025-1589 (Fed. Cir.)

Issues to be raised on appeal:  ☐ None/Not Applicable

> Whether the Board correctly ruled that claims 1, 2, 4-10, and 12-16 of U.S. Patent No. 8,989,715 are unpatentable.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

> Hon. Jay C. Gandhi (Ret.)

Do you believe that this case may be amenable to mediation?  ☐ Yes   ☑ No

Explain.

> Appellee remains open to discussion, but does not believe court-ordered mediation would be productive at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> None.

Date: 4/9/25            Signature: /s/ Thomas G. Saunders

                        Name: Thomas G. Saunders

Save for Filing