# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 25-1588

**Short Case Caption:** GoTV Streaming, LLC v. Netflix, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

GoTV Streaming, LLC

| | | |
|---|---|---|
| **Principal Counsel:** Amir H. Alavi | | Admission Date: 01/13/2014 |
| Firm/Agency/Org.: Alavi & Anaipakos PLLC | | |
| Address: 609 Main Street, Suite 3200, Houston, Texas 77002 | | |
| Phone: (713)751–2362 | Email: aalavi@aatriallaw.com | |
| **Other Counsel:** Joshua S. Wyde | | Admission Date: 03/09/2012 |
| Firm/Agency/Org.: Alavi & Anipakos PLLC | | |
| Address: 609 Main Street, Suite 3200, Houston, Texas 77002 | | |
| Phone: (713)751-2362 | Email: jwyde@aatriallaw.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 4/9/25

Signature: /s/ Amir H. Alavi

Name: Amir H. Alavi

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Steven T. Jugle | Admission Date: 01/25/2023 |
|---|---|
| Firm/Agency/Org.: Alavi & Anipakos PLLC | |
| Address: 609 Main Street, Suite 3200, Houston, Texas 77002 | |
| Phone: (713)751-2362 | Email: sjugle@aatriallaw.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |