FORM 26. Docketing Statement　　　　　　　　　　　　　　　　Form 26 (p. 1)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 25-1588

**Short Case Caption:** GoTV Streaming, LLC v. Netflix, Inc.

**Filing Party/Entity:** GoTV Streaming, LLC

> **Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| PTAB | IPR2023-00757 | IPR |

**Relief sought on appeal:** ☐ None/Not Applicable

Reversal of Patent Trial and Appeal Board's ("PTAB's") decision finding claims 1, 2, 4–10, and 12–16 of U.S. Patent No. 8,989,715 ("'715 Patent") are unpatentable.

**Relief awarded below (if damages, specify):** ☐ None/Not Applicable

Decision that '715 Patent claims 1, 2, 4–10, and 12–16 are unpatentable.

**Briefly describe the judgment/order appealed from:**

PTAB found that '715 Patent claims 1, 2, 4–10, and 12–16 are unpatentable under pre-AIA 35 U.S.C. § 103 as obvious over Hariki and Harris references.

**Nature of judgment (select one):**　　　　**Date of judgment:** 11/5/24

☑ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☐ Interlocutory Order (specify type) _____
☐ Other (explain) _____

Name and docket number of any related cases pending before this court, and the name of the writing judge if an opinion was issued. ☐ None/Not Applicable

> GoTV Steaming, LLC v. Netflix, No. 24-1669 (Lead), GoTV Steaming, LLC v. Netflix, No. 24-1744 (Consolodated Cross-Appeal), and GoTV Steaming, LLC v. Netflix, No. 25-1589

Issues to be raised on appeal: ☐ None/Not Applicable

> Claim 1, 2, 4–10, and 12–16 patentabilty under pre-AIA § 103, including claim constructions and/or due process/APA violations

Have there been discussions with other parties relating to settlement of this case?
☑ Yes   ☐ No

If "yes," when were the last such discussions?
- ☐ Before the case was filed below
- ☑ During the pendency of the case below
- ☐ Following the judgment/order appealed from

If "yes," were the settlement discussions mediated?   ☑ Yes   ☐ No

If they were mediated, by whom?

> Hon. Jay C. Gandhi (Ret.)

Do you believe that this case may be amenable to mediation? ☐ Yes   ☑ No

Explain.

> Appellant does not believe court-ordered mediation would be productive at this time.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

> None.

Date: 4/9/25          Signature: /s/ Amir H. Alavi

                      Name:      Amir H. Alavi

Save for Filing