# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 25-1588

**Short Case Caption** GoTV Streaming LLC v. Netflix, Inc.

**Filing Party/Entity** GoTV Streaming, LLC

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

GoTV Streaming, LLC v. Netflix, No. 24-1669 (Fed. Cir.) (lead case, consolidated with cross-appeal GoTV Streaming, LLC v. Netflix, No. 24-1744 (Fed. Cir.))
GoTV Streaming, LLC v. Netflix, No. 2:22-cv-07556-RGK-SHK (C.D. Cal.)
Netflix, Inc. v. GoTV Streaming, LLC, No. IPR2023-00757 (PTAB)
Netflix, Inc. v. GoTV Streaming, LLC, No. IPR2023-00758 (PTAB)

☐   Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> Netflix, Inc.
> GoTV Streaming, LLC

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Alavi & Anaipakos PLLC: Masood Anjom, Justin Y. Chen, Michael McBride, Scott W. Clark, C. Ryan Pinckney, Connie Flores Jones, Demetrios Anaipakos
> Brown Rudnick LLP: Jessica N. Meyers
> Olson Stein LLP: David M. Stein
> Wilmer Cutler Pickering Halle and Dorr LLP: Thomas G. Saunders, Mark C. Fleming, Lauren Matlock-Colangelo
> Willkie Farr & Gallagher LLP: Aliza George Carrano, Dane Sowers, J. Christopher Moulder, Devon W. Edwards
> Covington & Burling LLP: Indranil Mukerji, Stephen A. Marshall

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 04/09/2025

Signature: /s/ Amir H. Alavi

Name: Amir H. Alavi